# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL REYES,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>        Defendant. | Case No. 1:19-cv-00155-EPG<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO SERVE BRIEF<br><br>(ECF NO. 11) |

      Plaintiff Miguel Reyes and Defendant Andrew Saul, Commissioner of Social Security, filed a stipulation into the record on July 9, 2019, which agrees that Plaintiff shall have a 30-day extension of time, from 07/13/19 to 08/12/2019 for Plaintiff to serve Defendant with its Letter Brief. The parties further stipulate that all other dates in the Scheduling Order (ECF No. 5) will be extended accordingly.

      Finding good cause for the stipulation, IT IS ORDERED that Plaintiff shall have until 08/12/2019 to serve Defendant with its Letter Brief. IT IS FURTHER ORDERED that all remaining deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

    Dated:   **July 10, 2019**                /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE