# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MIGUEL REYES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,[1]<br><br>　　　　　Defendant. | Case No. 1:19-cv-00155-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. to Voluntary Remand & Order; 1:19-cv-00155-EPG

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 22, 2019      PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña*_____
(*as authorized via email on August 22, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: August 22, 2019      McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:      */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __August 23, 2019__         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE